WAWD (Rev. 12/11) Prisoner Civil IFP

```
____ FILED    ____ LODGED
              ____ RECEIVED
MAY 23 2022
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Case Number: _____

**Tyrice Hall**

Plaintiff

vs.

**State of Washington Pierce County**

Defendant(s)

**DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS BY A PRISONER BRINGING A CIVIL ACTION**

**DO NOT use this form if you are bringing a Petition for Writ of Habeas Corpus.**

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) **Tyrice Hall** declare I am the plaintiff in this case; I believe I am entitled to relief, and I am unable to pay the costs of this proceeding or give security thereof. The nature of my action is *briefly* stated as follows:

In support of this application, I answer *all* of the following questions:

1. Are you currently incarcerated?

   ☑ Yes  If "Yes" state the place of your incarceration **Pierce County Sheriffs department**

   You must also attach a certified copy of your prison trust account statement showing transactions for the past six months.

   ☐ No  If "No" do not use this form.

2. Are you presently employed? ☐ Yes  Employer _____ Salary _____ ☑ No

3. For the past twelve months, list the amount of money you have received from any of the following sources.

   a. Business, profession or other self-employment                              $ 0
   b. Income from rent, interest or dividends                                    $ 0
   c. Pensions, annuities or life insurance payments                             $ 0
   d. Disability, unemployment, workers compensation or public assistance        $ 0
   e. Gifts or inheritances                                                      $ 0
   f. Money received from child support or alimony                               $ 0
   g. Describe any other source of income _____                          $ 0

4. List the amount for each of the following (include prison account funds):

Cash on hand $ 0    Checking Account $ 0    Savings Account $ ⌒

5. Do you own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

☐ Yes
☑ No

$

6. Are any persons dependent upon you for support? If Yes, state their relationship to you, and indicate how much you contribute toward their support each month. (Do not include names of minor children.)

☐ Yes
☑ No

$

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

N/A

$

8. Provide any other information that will help explain why you cannot pay court fees and costs.

I have no consistant income

I declare under penalty of perjury that the foregoing is true and correct.

_____
**Executed on: (Date)   Signature of Applicant**

### WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(b)

I (print your name) __Tyrice Hall__
hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

_____
**Executed on: (Date)   Signature of Applicant**

## ACKNOWLEDGMENT AND AUTHORIZATION

Case Number _____

By choosing to bring a civil action, I acknowledge I am responsible for payment of the full $350.00 filing fee under 28 U.S.C. § 1915. I authorize the agency having custody of me to collect from my account and forward to the Clerk of the United States District Court the initial partial filing fee calculated under the Certification and Calculation section and payments pursuant to 28 U.S.C. § 1915(b).

I understand I am required to make monthly payments of twenty (20) percent of my preceding month's income credited to my account and the agency having custody of me will forward funds to the Clerk of the United States District Court each time the amount in the account exceeds ten ($10.00) dollars until the filing fee is paid in full.

_2-20-22_       _[signature]_

Date      Signature of Applicant

_Tyrice - A. Hall_      _202035520l6_

Committed Name of Applicant      Inmate Number

# Inmate Balance History Report - Simple

Created: 2/3/2022 1:05:23PM

Between: 7/2/2021 12:00:00AM - 2/2/2022 11:59:59PM

| Number: | 4133304 | Secondary: | 2020352016 | Location: | MAIN 3NC 3NC 6 |

Name: HALL, TYRICE AARON

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|---|---|---:|---:|---:|---:|
| Beginning Totals | 07/02/2021 12:00:00AM |  | 10.18 | 0.00 | 0.00 |
| ORDER DEBIT | 07/15/2021 10:53:17AM | (3.61) | 6.57 | 0.00 | 0.00 |
| SECURUS PHONE TIME MANUAL | 07/16/2021 08:01:50AM | (6.00) | 0.57 | 0.00 | 0.00 |
| RETURN CREDIT | 07/20/2021 09:29:48AM | 3.61 | 4.18 | 0.00 | 0.00 |
| ORDER DEBIT | 07/20/2021 11:07:54AM | (2.13) | 2.05 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 07/23/2021 08:51:54AM | (2.00) | 0.05 | 0.00 | 0.00 |
| RETURN CREDIT | 07/30/2021 09:20:15AM | 114.99 | 115.04 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 08/01/2021 10:14:44AM | (1.00) | 114.04 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 08/02/2021 06:18:40PM | (1.00) | 113.04 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 08/02/2021 06:27:23PM | (1.00) | 112.04 | 0.00 | 0.00 |
| ORDER DEBIT | 08/04/2021 09:11:36PM | (61.61) | 50.43 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 08/05/2021 11:21:57AM | (3.00) | 47.43 | 0.00 | 0.00 |
| RETURN CREDIT | 08/10/2021 11:20:33AM | 17.09 | 64.52 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 08/10/2021 09:03:13PM | (2.00) | 62.52 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 08/10/2021 09:23:08PM | (2.00) | 60.52 | 0.00 | 0.00 |
| ORDER DEBIT | 08/11/2021 09:05:40PM | (22.69) | 37.83 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 08/12/2021 08:15:20PM | (1.00) | 36.83 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 08/14/2021 06:53:59PM | (1.00) | 35.83 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 08/14/2021 07:12:05PM | (1.00) | 34.83 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 08/15/2021 11:08:06AM | (6.00) | 28.83 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 08/15/2021 11:49:24AM | (3.00) | 25.83 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 08/18/2021 07:53:37PM | (2.00) | 23.83 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 08/18/2021 08:43:03PM | (3.00) | 20.83 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 08/22/2021 05:16:58PM | (2.00) | 18.83 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 08/22/2021 05:17:22PM | (5.00) | 13.83 | 0.00 | 0.00 |
| ORDER DEBIT | 08/25/2021 09:24:06AM | (2.59) | 11.24 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 08/26/2021 07:29:41PM | (2.00) | 9.24 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 08/26/2021 07:42:35PM | (9.00) | 0.24 | 0.00 | 0.00 |
| PROPERTY DAMAGE | 10/21/2021 12:58:02PM | (1.90) | 0.00 | (1.66) | 0.00 |
| TOUCHPAY WEB DEPOSIT | 11/01/2021 10:49:27PM | 25.00 | 23.34 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 11/03/2021 10:06:03AM | (1.00) | 22.34 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 11/03/2021 10:29:30AM | 40.00 | 62.34 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 11/03/2021 10:39:22AM | (3.00) | 59.34 | 0.00 | 0.00 |
| ORDER DEBIT | 11/03/2021 11:07:10AM | (28.86) | 30.48 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 11/04/2021 07:31:18PM | (1.00) | 29.48 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 11/04/2021 07:39:52PM | (1.00) | 28.48 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 11/04/2021 07:59:28PM | (1.00) | 27.48 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 11/04/2021 08:01:02PM | (8.00) | 19.48 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 11/04/2021 08:11:55PM | (1.00) | 18.48 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 11/06/2021 11:00:39AM | (2.00) | 16.48 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 11/07/2021 05:02:30PM | (1.00) | 15.48 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 11/11/2021 03:36:51PM | (2.00) | 13.48 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 11/11/2021 03:55:58PM | (2.00) | 11.48 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 11/12/2021 10:55:09AM | (1.00) | 10.48 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 11/12/2021 11:05:04AM | (2.00) | 8.48 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 11/13/2021 08:51:01PM | (2.00) | 6.48 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 11/14/2021 03:38:05PM | (2.00) | 4.48 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 11/14/2021 03:52:44PM | (1.00) | 3.48 | 0.00 | 0.00 |
| COPY FEE - NON PUBLIC | 11/15/2021 07:14:06AM | (0.15) | 3.33 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 11/15/2021 08:35:38AM | (1.00) | 2.33 | 0.00 | 0.00 |
| COPY FEE - NON PUBLIC | 11/15/2021 08:39:14AM | (1.20) | 1.13 | 0.00 | 0.00 |

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report may contain nonpublic personal information about inmates subject to the restrictions of privacy laws. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.

# Inmate Balance History Report - Simple

Created: 2/3/2022 1:05:23PM

Between: 7/2/2021 12:00:00AM - 2/2/2022 11:59:59PM

Number: 4133304    Secondary: 2020352016    Location: MAIN 3NC 3NC 6
Name: HALL, TYRICE AARON

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| Beginning Totals | 07/02/2021 12:00:00AM |  | 10.18 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 11/15/2021 08:51:25AM | (1.00) | 0.13 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 12/01/2021 03:10:21PM | 115.00 | 115.13 | 0.00 | 0.00 |
| ORDER DEBIT | 12/01/2021 03:44:14PM | (113.31) | 1.82 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/02/2021 10:12:54AM | (1.00) | 0.82 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 12/04/2021 12:30:27PM | 22.23 | 23.05 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/04/2021 12:32:17PM | (3.00) | 20.05 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/04/2021 01:10:57PM | (2.00) | 18.05 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/04/2021 01:33:52PM | (2.00) | 16.05 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/04/2021 01:52:02PM | (1.00) | 15.05 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/05/2021 05:38:22PM | (1.00) | 14.05 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/06/2021 01:30:44PM | (14.00) | 0.05 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 12/08/2021 10:50:35AM | 100.00 | 100.05 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/08/2021 11:13:08AM | (6.00) | 94.05 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/09/2021 07:03:21PM | (2.00) | 92.05 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/09/2021 07:03:25PM | (1.00) | 91.05 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/09/2021 07:28:20PM | (1.00) | 90.05 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/09/2021 07:28:25PM | (1.00) | 89.05 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/09/2021 08:11:14PM | (3.00) | 86.05 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/09/2021 08:30:20PM | (4.00) | 82.05 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/10/2021 01:37:27PM | (4.00) | 78.05 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 12/13/2021 03:30:44PM | 25.00 | 103.05 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/14/2021 10:05:40AM | (2.00) | 101.05 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/15/2021 06:05:35PM | (1.00) | 100.05 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/15/2021 06:05:42PM | (1.00) | 99.05 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/15/2021 06:55:58PM | (1.00) | 98.05 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/15/2021 06:56:06PM | (4.00) | 94.05 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/15/2021 06:56:28PM | (4.00) | 90.05 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/15/2021 08:08:26PM | (10.00) | 80.05 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/17/2021 10:43:22AM | (6.00) | 74.05 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/19/2021 12:56:32PM | (4.00) | 70.05 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/19/2021 01:42:10PM | (6.00) | 64.05 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/19/2021 02:24:21PM | (4.00) | 60.05 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/19/2021 02:59:49PM | (20.00) | 40.05 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/20/2021 11:05:45AM | (3.00) | 37.05 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/21/2021 06:47:27PM | (7.00) | 30.05 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/21/2021 07:42:20PM | (4.00) | 26.05 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/21/2021 08:09:15PM | (6.00) | 20.05 | 0.00 | 0.00 |
| ORDER DEBIT | 12/21/2021 09:02:05PM | (10.64) | 9.41 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/22/2021 12:35:58PM | (3.00) | 6.41 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/22/2021 01:34:41PM | (2.00) | 4.41 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/22/2021 02:18:20PM | (2.00) | 2.41 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/22/2021 02:40:50PM | (1.00) | 1.41 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 12/22/2021 02:41:46PM | (1.00) | 0.41 | 0.00 | 0.00 |
| RETURN CREDIT | 12/29/2021 10:12:05AM | 10.64 | 11.05 | 0.00 | 0.00 |
| SECURUS PHONE TIME MANUAL | 12/31/2021 01:41:24PM | (2.00) | 9.05 | 0.00 | 0.00 |
| ORDER DEBIT | 12/31/2021 01:41:49PM | (4.60) | 4.45 | 0.00 | 0.00 |
| ORDER DEBIT | 01/07/2022 12:34:46PM | (2.97) | 1.48 | 0.00 | 0.00 |
| RETURN CREDIT | 01/14/2022 09:47:36AM | 2.97 | 4.45 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 01/14/2022 12:06:17PM | (1.00) | 3.45 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 01/14/2022 01:31:31PM | (1.00) | 2.45 | 0.00 | 0.00 |

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report may contain nonpublic personal information about inmates subject to the restrictions of privacy laws. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.

# Inmate Balance History Report - Simple

Created: 2/3/2022 1:05:23PM

Between: 7/2/2021 12:00:00AM - 2/2/2022 11:59:59PM

| Number: | 4133304 | Secondary: | 2020352016 | | Location: | MAIN 3NC 3NC 6 | |
|---|---|---|---|---|---|---|---|
| Name: | HALL, TYRICE AARON | | | | | | |

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| Beginning Totals | 07/02/2021 12:00:00AM | | 10.18 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 01/14/2022 02:47:38PM | (2.00) | 0.45 | 0.00 | 0.00 |
| | | **Ending Totals:** | **0.45** | **0.00** | **0.00** |

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report may contain nonpublic personal information about inmates subject to the restrictions of privacy laws. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.