UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TYRICE AARON HALL,<br><br>                Plaintiff,<br>    v.<br><br>CITY OF TACOMA et al.,,<br><br>                Defendants. | Case No. 22-5380-RAJ-TLF<br><br>REPORT AND RECOMMENDATION<br><br>Noted for October 14, 2022 |

This matter comes before the Court on defendant City of Tacoma's motion to dismiss. Dkt. 16. The City of Tacoma's motion argues that the Court should dismiss plaintiff's claims against the City of Tacoma because plaintiff's complaint fails to identify a basis for municipal liability. Dkt. 16. Plaintiff filed a response agreeing to dismiss plaintiff's claims against the City of Tacoma. Dkt. 18. Plaintiff's response requests that the Court dismiss plaintiff's claims against the City of Tacoma but allow plaintiff's complaint to proceed against all remaining named defendants. Dkt. 18.

Based on the foregoing, the Court should GRANT the City of Tacoma's motion to dismiss (Dkt. 16) and dismiss plaintiff's claims against the City of Tacoma without prejudice. Plaintiff's claims against the remaining named defendants in this action should proceed.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also*

REPORT AND RECOMMENDATION - 1

Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on October 14, 2022, as noted in the caption.

Dated this 27th day of September, 2022.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2