UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TYRICE AARON HALL,

           Plaintiff,

   v.

CITY OF TACOMA et al.,

           Defendants.

Case No. 22-5380-RAJ-TLF

~~PROPOSED~~ ORDER GRANTING MOTION TO DISMISS

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) the Court adopts the Report and Recommendation;

(2) the City of Tacoma's motion to dismiss (Dkt. 16) is GRANTED;

(3) plaintiff's claims against the City of Tacoma are dismissed without prejudice; and

(4) plaintiff's claims against the remaining named defendants may proceed.

Dated this 29th day of November, 2022.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

- 1