UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TYRICE AARON HALL,

              Plaintiff,

  v.

CITY OF TACOMA et al.,

              Defendants.

Case No. 22-5380-RAJ-TLF

ORDER DISMISSING PLAINTIFF'S COMPLAINT

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    the Court adopts the Report and Recommendation;

(2)    defendants' motion for summary judgment is GRANTED; and

(3)    plaintiff's complaint is dismissed with prejudice.

Dated this 13th day of October, 2023.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 1